<u>**EXHIBIT A**</u>

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| PROUDLION IP, LLC,          )<br>          Plaintiff,          )<br>                                        )<br>v.                                     )<br>                                        )<br>MONTBLANC NORTH AMERICA, )<br>LLC,                                )<br>          Defendant.          ) | Civil Action No. 4:23-cv-02050<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] SCHEDULING ORDER**

It is hereby **ORDERED** that the following schedule and the Rules of Practice for Patent Cases in the Southern District of Texas will apply in this case:

| | | Scheduling Conference |
|---|---|---|
| 1 | November 1, 2023 | **PRELIMINARY INFRINGEMENT CONTENTIONS**<br>Comply with P.R. 3-1 and P.R. 3-2. After this date, it is necessary to obtain leave of court to add and/or amend infringement contentions, pursuant to Patent Rule (P.R.) 3-7.<br><br>**JOIN ADDITIONAL PARTIES OR ADD NEW PATENTS AND/OR CLAIMS**<br>It is not necessary to file a motion to join additional parties before this date. Thereafter, it is necessary to obtain leave of court. |
| 2 | January 10, 2024 | **PRELIMINARY INVALIDITY CONTENTIONS**<br>Comply with P.R. 3-3 and 3-4. <u>*After this date,*</u> it is necessary to obtain leave of Court to add and/or amend invalidity contentions, pursuant to P.R. 3-7.<br><br>**INEQUITABLE CONDUCT ALLEGATIONS**<br>Before this date, it is not necessary to file a motion for leave to add inequitable conduct allegations. Thereafter, it is necessary to obtain leave of court to add inequitable conduct allegations. |

1

| 3 | January 24, 2024 | **EXCHANGE PROPOSED TERMS AND CLAIM ELEMENTS FOR CONSTRUCTION**<br>Comply with P.R. 4-1. |
|---|---|---|
| 4 | February 14, 2024 | **EXCHANGE PRELIMINARY CLAIM CONSTRUCTIONS AND EXTRINSIC EVIDENCE**<br>Comply with P.R. 4-2. |
| 5 | March 13, 2024 | **JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br>Comply with P.R. 4-3. |
| 6 | March 13, 2024 | **AMEND PLEADINGS**<br>It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. |
| 7 | April 3, 2024 | **DISCOVERY DEADLINE ON CLAIM CONSTRUCTION ISSUES**<br>*See* P.R. 4-4. |
| 8 | April 10, 2024 | **TECHNOLOGY TUTORIAL DEADLINE**<br>Provide Court with technology tutorials (optional). |
| 9 | April 24, 2024 | **OPENING CLAIM CONSTRUCTION BRIEF**<br>Comply with P.R. 4-5(a)(1). |
| 10 | May 8, 2024 | **RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br>Comply with P.R. 4-5(a)(2). |
| 11 | May 15, 2024 | **REPLY CLAIM CONSTRUCTION BRIEF**<br>Comply with P.R. 4-5(a)(3). |
| 12 | 1 week *before* Markman Hearing | **JOINT CLAIM CONSTRUCTION CHART**<br>Comply with P.R. 4-5(b) and (c). |
| 13 | On or around June 26, 2024 | **CLAIM CONSTRUCTION (*MARKMAN*) HEARING**<br>at 10 a.m. at the United States District Court, Courtroom 9F, Houston, Texas. |

| 14 | On or around August 7, 2024 | **Court's Decision on Claim Construction** (*Markman* Ruling)<br>***(If ruling is late, parties may seek amendment of remaining dates in Scheduling Order.)*** |
|---|---|---|
| 15 | 4 weeks after *Markman* Ruling | **DEADLINE FOR FINAL INFRINGEMENT CONTENTIONS AND TO AMEND PLEADINGS ON INFRINGEMENT CLAIMS**<br>NOTE: Except as provided in P.R. 3-6, if the amendment would affect preliminary or final infringement contentions, a motion must be made under P.R. 3-7 irrespective of whether the amendment is made before this deadline. |
| 16 | 5 weeks after *Markman* Ruling | **PRIVILEGE LOGS/WILLFULNESS**<br>Comply with P.R.3-8<br>All parties furnish privilege logs by this date. |
| 17 | 6 weeks after *Markman* Ruling | **DEADLINE FOR FINAL INVALIDITY CONTENTIONS AND TO AMEND PLEADINGS ON INVALIDITY CLAIMS**.<br>NOTE: Except as provided in P.R. 3-6, if the amendment would affect preliminary or final invalidity contentions, a motion must be made under P.R. 3-7 irrespective of whether the amendment is made before this deadline. |
| 18 | 11 weeks after *Markman* Ruling | **COMPLETION OF FACT DISCOVERY**<br>Written discovery requests are NOT timely if they are served so close to this deadline that under the Fed. R. Civ. P. the response would not be due until after this deadline. |
| 19 | 13 weeks after *Markman* Ruling | **DESIGNATION OF EXPERTS AND REQUIRED REPORTS OTHER THAN CLAIM CONSTRUCTION AND ATTORNEYS' FEES**<br>Party with burden of proof ("BOP") on non-construction and fees issues shall comply with Fed. R. Civ. P.26(a)(2)(A-C). |
| 20 | 17 weeks after *Markman* Ruling | **DESIGNATION OF RESPONSIVE EXPERTS AND REQUIRED REPORTS**<br>Party not having BOP on non-construction and fees issues shall comply with Fed. R. Civ. P. 26(a)(2)(A-C). |
| 21 | 21 weeks after *Markman* Ruling | **COMPLETION OF EXPERT DISCOVERY** |

| 22 | 28 weeks after *Markman* Ruling | **DISPOSITIVE AND NON-DISPOSITIVE MOTIONS DEADLINES (INCLUDING *DAUBERT* MOTIONS)** |
|---|---|---|
| 23 | 3 weeks before Docket Call | **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**<br>The Joint Pretrial Order will contain the pretrial disclosures required by Fed. R. Civ. P. Rule 26(a)(3), Local Rules and this Court's procedures. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules. |
| 24 | 1 week prior to trial date | **DOCKET CALL/ FINAL PRETRIAL CONFERENCE**<br>at the United States District Court, Courtroom 9F, Houston, Texas. |
| 25 | 1 week prior to Docket Call/Final Pretrial Conference | **MEDIATION TO BE COMPLETED BY THIS DATE**<br>The parties must select a mediator for this case. The parties and mediator must comply with S.D. TEXAS LOCAL RULE 16. |
| 26 | TBD | **JURY SELECTION AND TRIAL** commences, subject to Court's criminal docket |

SIGNED at _____, Texas, this _____ day of _____, 2023.

_____
HON. CHARLES ESKRIDGE
UNITED STATES DISTRICT JUDGE